DALE L. ALLEN, JR., State Bar No. 145279
dallen@aghwlaw.com
PHILIP J. DOWNS, JR., State Bar No. 302939
pdowns@aghwlaw.com
ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone:    (415) 697-2000
Facsimile:    (415) 813-2045

Attorneys for Defendant
CITY OF CERES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY WYLAM, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF CERES, CALIFORNIA, a Municipal Corporation, FREDERICO ORTIZ, JEREMY LEWIS, BRITTNEY ENGLAND, and DOES 1 through 10, inclusive <br><br> Defendants. | Case No. 1:18-cv-01032-LJO-EPG <br><br> **JOINT STIPULATION AND [ ] ORDER TO CONTINUE SCHEDULING CONFERENCE; STATUS OF SERVICE ON NAMED DEFENDANTS** |

### I. OVERVIEW

On September 25, 2018, the Court emailed counsel for the parties in the above-captioned matter concerning the upcoming scheduling conference set for October 2, 2018.

Counsel for Defendant CITY OF CERES (City) contacted counsel for Plaintiff GARY WYLAM (Plaintiff) to discuss whether the parties should request to continue the scheduling conference to a later date given the status of service on the remaining, named defendants.

Counsel agreed a continuance would be appropriate. Counsel for the City will seek authority to accept service on behalf of the other named defendants. If counsel is unable to obtain such authority, counsel will inform Plaintiff and the Court.

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

Therefore, the parties STIPULATE and request the Court continue the scheduling conference to Wednesday, December 5, 2018 at 09:30 a.m.

Respectfully submitted,

Dated: September 25, 2018

ALLEN, GLAESSNER,
HAZELWOOD & WERTH, LLP

By: */s/ Philip J. Downs, Jr.*
DALE L. ALLEN, JR.
PHILIP J. DOWNS, JR.
Attorneys for Defendant
CITY OF CERES

Dated: September 25, 2018

LAW OFFICE OF CORT V. WIEGAND

By: */s/ Cort V. Wiegand*
CORT V. WIEGAND
Attorney for Plaintiff

## PROPOSED ORDER

The parties' STIPULATION and request to continue the scheduling conference to December 5, 2018 at 09:30 a.m. is GRANTED.

IT IS SO ORDERED.

_8/27/18_
Date

E P. ⎯⎯⎯⎯⎯
Hon. Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104