DALE L. ALLEN, JR., State Bar No. 145279
dallen@aghwlaw.com
PHILIP J. DOWNS, JR., State Bar No. 302939
pdowns@aghwlaw.com
ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone: (415) 697-2000
Facsimile: (415) 813-2045

Attorneys for Defendant
CITY OF CERES

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY WYLAM,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF CERES, CALIFORNIA, a Municipal Corporation, FREDERICO ORTIZ, JEREMY LEWIS, BRITTNEY ENGLAND, and DOES 1 through 10, inclusive<br><br>    Defendants. | Case No. 1:18-cv-01032-LJO-EPG<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE SCHEDULING CONFERENCE** |

## I. OVERVIEW

On November 29, 2018, the Court emailed counsel for the parties in the above-captioned matter concerning the upcoming scheduling conference set for December 5, 2018; particularly, for the parties to either submit their joint scheduling report or a stipulation and proposed order to continue the matter – stating good cause – for the Court to approve.

On November 30, 2018, the parties' respective counsel met and conferred by telephone to discuss the matter. Mr. Wiegand, counsel for plaintiff, is recovering from recent hip surgery. Counsel agreed to make a joint request for an order continuing the matter.

///

Based on the foregoing, there being good cause, the parties jointly request that the Court

274128.1

continue the scheduling conference previously set for December 5, 2018 at 09:30 a.m. to a later date in January or February of 2019, at the Court's convenience.

Respectfully submitted,

Dated: November 30, 2018         ALLEN, GLAESSNER,
                                 HAZELWOOD & WERTH, LLP


By:  */s/ Philip J. Downs, Jr.*
     DALE L. ALLEN, JR.
     PHILIP J. DOWNS, JR.
     Attorneys for Defendant
     CITY OF CERES


Dated: November 30, 2018         LAW OFFICE OF CORT V. WIEGAND


By:  */s/ Cort V. Wiegand*
     CORT V. WIEGAND
     Attorney for Plaintiff

**ORDER**

The parties' STIPULATION and request to continue the scheduling conference from December 5, 2018 at 09:30 a.m. to February 12, 2019, at 9:30 a.m. is GRANTED. The parties' joint scheduling report will be due one full week prior.

IT IS SO ORDERED.

Dated: **December 3, 2018**    /s/ *Elica P. Grosj*
UNITED STATES MAGISTRATE JUDGE