1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

8
9
10

| GARY WYLAM, | Case No. 1:18-cv-01032-LJO-EPG |
|---|---|

GARY WYLAM,

        Plaintiff,

    v.

CITY OF CERES, FREDERICO ORTIZ, JEREMY LEWIS, and BRITTNEY ENGLAND,

        Defendants.

Case No. 1:18-cv-01032-LJO-EPG

ORDER FOR PLAINTIFF TO SHOW CAUSE WHY THE COURT SHOULD NOT ISSUE FINDINGS AND RECOMMENDATIONS, RECOMMENDING THAT DEFENDANTS FREDERICK ORTIZ, JEREMY LEWIS, AND BRITTNEY ENGLAND BE DISMISSED FROM THIS ACTION, WITHOUT PREJUDICE, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 4(M)

**FOURTEEN DAY DEADLINE**

11
12
13
14
15
16
17
18
19
20
21
22
23
24

      Plaintiff, Gary Wylam, filed this action in the Stanislaus County Superior Court, naming as Defendants City of Ceres, Frederico Ortiz, Jeremy Lewis, and Brittney England. Defendant City of Ceres removed the action to federal court after being served with the summons and complaint. (ECF No. 2.) There is no indication that the remaining defendants have been served with a summons and the complaint.

25

      Pursuant to Federal Rule of Civil Procedure 4(m),

26
27
28

    If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

1

1  Fed. R. Civ. P. 4(m).

2      More than 90 days have passed since the complaint was filed in state court, and since the

3  case was removed to federal court. Although defendant City of Ceres was served, no returns of

4  service have been filed for the remaining defendants. Accordingly, pursuant to Rule 4(m), the

5  Court will provide Plaintiff with an opportunity to show cause why defendants Frederico Ortiz,

6  Jeremy Lewis, and Brittney England should not be dismissed from the case because of Plaintiff's

7  failure to effect service of the summons and complaint on these defendants.  If Plaintiff is unable

8  to show good cause for failing to serve these defendants, the Court will issue findings and

9  recommendations to the assigned district judge,[1] recommending that defendants Frederico Ortiz,

10  Jeremy Lewis, and Brittney England be dismissed from the case, without prejudice.

11      Accordingly, based on the foregoing, it is HEREBY ORDERED that within **fourteen**

12  **(14) days** from the date of this order, Plaintiff shall show cause why the Court should not issue

13  findings and recommendations to the assigned district judge, recommending that defendants

14  Frederico Ortiz, Jeremy Lewis, and Brittney England be dismissed from this action, without

15  prejudice, pursuant to Federal Rule of Civil Procedure 4(m). Alternatively, Plaintiff may file,

16  **within fourteen (14) days**, requests for voluntary dismissal of the three unserved defendants.

17

18  IT IS SO ORDERED.

19     Dated:   **February 22, 2019**                    /s/ _Erica P. Grosjean_

20                                                    UNITED STATES MAGISTRATE JUDGE

---

[1] "[C]onsent of all parties (including unserved defendants) is a prerequisite to a magistrate judge's jurisdiction to enter dispositive decisions under § 636(c)(1)." *Williams v. King*, 875 F.3d 500, 504 (9th Cir. 2017). Thus, the consents to proceed before the Magistrate Judge filed by Plaintiff and Defendant City of Ceres (ECF Nos. 12, 13) are not sufficient to confer jurisdiction to enter dispositive decisions on the Magistrate Judge until any unserved defendants are dismissed or are served with the summons and complaint and also file consents to proceed before the Magistrate Judge. *See id.* The Court will delay issuing the Scheduling Order until this issue is resolved.