UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

GARY WYLAM,

        Plaintiff,

v.

CITY OF CERES, CALIFORNIA, *et al.*,

        Defendants.

Case No.  1:18-cv-01032 EPG

**ORDER GRANTING REQUEST FOR 60 DAYS TO COMPLETE MEDIATION AND VACATING STATUS CONFERENCE**

(ECF No. 24)

      The parties have filed a notice that they have stipulated to private mediation, and request that they be granted 60 days to complete that mediation (ECF No. 24). The Court finds good cause for and will accordingly grant the request.

      IT IS ORDERED that the parties' request for 60 days to complete mediation (ECF No. 24) is GRANTED. The status conference, currently set for December 4, 2019, is continued to **January 22, 2020, at 9:30 a.m.** To participate telephonically, each party is directed to use the following dial-in number and passcode:1-888-251-2909; passcode 1024453. The parties are also reminded to file a joint status report one full week prior to the conference and email a copy of same, in Word format, to epgorders@caed.uscourts.gov, for the Judge's review.

IT IS SO ORDERED.

  Dated:  __**November 5, 2019**__

                           /s/ *Erica P. Grosjean*

                    UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28