# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY WYLAM,<br><br>    Plaintiff,<br><br>   v.<br><br>CITY OF CERES, *et al.*,<br><br>    Defendants. | Case No.  1:18-cv-01032-EPG<br><br>ORDER RE: STIPULATED REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE<br><br>(ECF No. 29) |

  Plaintiff, Gary Wylam, and Defendants, City of Ceres, Frederico Ortiz, Jeremy Lewis, and Brittney England, have filed a stipulation to dismiss the entire action with prejudice (ECF No. 29). In light of the stipulation, the case has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

 Dated: __**April 3, 2020**__     /s/ *Erica P. Grosjean*
                 UNITED STATES MAGISTRATE JUDGE